IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| THOMAS B. GALLUZZO, | : |
| | : ELECTRONICALLY FILED |
| PLAINTIFF, | : |
| | : |
| vs. | : CASE NO. 3:12-CV-237 |
| | : |
| HARTFORD LIFE AND ACCIDENT | : THE HONORABLE TIMOTHY S. BLACK |
| INSURANCE COMPANY | : |
| | : |
| DEFENDANT. | : |

## ORDER OF COURT

AND NOW, this __7TH__ day of February, 2013, upon consideration of the motion by the Parties, said motion is GRANTED and Defendant Hartford Life and Accident Insurance Company may file the Administrative Record in the instant action under seal.

_____
Timothy S. Black, District Judge