# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**THOMAS B. GALLUZZO,**                    **Case No. 3:12-CV-237**

      Plaintiff,                    **Judge Timothy S. Black**

**-vs-**

**HARTFORD LIFE AND ACCIDENT**
**INSURANCE COMPANY,**

      Defendant.

_____

## AMENDED JUDGMENT IN A CIVIL CASE
_____

**[ ]    Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

**[X]    Decision by Court:**

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion for Judgment on the Merits (Doc. 14) is **GRANTED**; that Defendant's Motion for Judgment on the Administrative Record (Doc. 16) is **DENIED**; and the case is **TERMINATED** from the docket of the Court.

Date: 7/23/2013                    **JOHN P. HEHMAN, CLERK**

                                             By: _s/ M. Rogers_____
                                             Deputy Clerk